# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED GROCERS, INC.; and DOES 1 through 10 inclusive. <br><br> Defendants. | Case No.: 1:19-cv-00316 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Adlife Marketing & Communications Co. Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses all claims against all Defendant Associated Grocers, Inc., and DOES 1 through 10 inclusive in the above captioned action with prejudice.

This dismissal is stipulated by all parties who have appeared, and therefore this matter may be dismissed without an Order of the Court. The parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with the prosecution or defense of this action.

Dated: November 6, 2020                Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
*Pro Hac Vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**/s/ Chip Muller**
Chip Muller, Esq.
Muller Law, LLC
47 Wood Ave.
Barrington, RI 02806(714) 617-8336
(401) 256-5171
(401) 256-5178 facsimile
*Counsel for Plaintiff*

Dated: November 6, 2020                Respectfully submitted,

**/s/ Jeffrey K. Techentin**
Jeffrey K. Techentin
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 751-0604
jtechentin@apslaw.com
*Counsel for Defendant*

James R. Chastain, Jr.
(admitted pro hac vice)
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Telephone: 225.387.0999
sonny.chastain@keanmiller.com
*Counsel for Defendant*